**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Belinda Martin, a parent, on behalf of J.M., a minor,**

**Plaintiff,**

**v.**

**Hopkins School District; City of Minnetonka Police Department; Linda Hibbard, individual; Ronald Armstrong, individual; Sarah Shafer, individual; S.S., a minor; C.K., a minor; and J.Z., a minor.**

**Defendants.**

**Civil No. 01-2124 (MJD/SRN)**

**ORDER**

---

Jennie Brown, Esq., on behalf of Plaintiff.

Karen A. Janisch, Esq., Kimberly H. Boyd, Esq., Paul S. Hopewell, Esq., and Kafi Cohn, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On April 29, 2002, the Court granted Plaintiff's Motion to Amend Complaint (Doc. No. 11). At that time, however, the Court did not specify a deadline for serving and filing the Amended Complaint. Plaintiff is instructed to serve and file the Amended Complaint within ten days of this Order.

Dated: May 1, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

MAY 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK