**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Belinda Martin, a parent, on behalf of J.M., a minor,**

**Plaintiff,**

**v.**

**Hopkins School District; City of Minnetonka Police Department; Linda Hibbard, individual; Ronald Armstrong, individual; Sarah Shafer, individual; S.S., a minor; C.K., a minor; and J.Z., a minor.**

**Defendants.**

**Civil No. 01-2124 (MJD/SRN)**

**ORDER**

---

Jennie Brown, Esq., on behalf of Plaintiff.

Karen A. Janisch, Esq., Kimberly H. Boyd, Esq., Paul S. Hopewell, Esq., and Kafi Cohn, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

In its May 1, 2002 Order, the Court instructed Plaintiff to serve and file the Amended Complaint within ten days. In a letter dated May 4, 2002, Plaintiff requested an extension permitting the serving and filing of the Amended Complaint by May 19, 2002. Based on the representations in Plaintiff's letter, the Court grants this request. Therefore, Plaintiff is instructed to serve and file the Amended Complaint on or before May 19, 2002.

Dated: May 1, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAY 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________