**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Belinda Martin, his parent, on behalf of Jarell Martin, a minor**

**Plaintiff,**

v.

**Hopkins School District; Minnetonka Police Department, sued as City of Minnetonka Police Department; Linda Hibbard; Ronald Armstrong; Sarah Shafer; S.S., a juvenile individual defendant; C.C., a juvenile individual defendant; and J.Z., a juvenile individual defendant;**

**Defendants.**

**Civil No. 01-2124 MJD/SRN**

**ORDER**

---

This matter came before the Honorable Susan Richard Nelson on Defendants' Motion For A Stay Of Discovery [Doc. No. 41].

Karen Janisch, Esq., appeared on behalf of defendants Hopkins Public School District, Linda Hibbard, Sarah Shafer, C.K., J.Z., and Michael Kremer. Paul Hopewell, Esq., appeared on behalf of defendant S.S. Paul Reuvers, Esq., appeared on behalf of defendants City of Minnetonka Police Department and Ron Armstrong. Jennie Brown, Esq., appeared on behalf of plaintiffs Belinda Martin and J.M. Plaintiffs did not oppose defendants' motion.

The Court having been fully advised in the premises, and upon all the files, records, proceedings and affidavits herein;

IT IS HEREBY ORDERED that:

1. Defendants' Motion For A Stay Of Discovery [Docket No. 41] is granted.

JUL 1 0 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Discovery will be stayed pending resolution of the qualified and state law immunity defenses raised in the summary judgment motion initiated by defendants Hopkins Public Schools, Linda Hibbard, Sarah Shafer, Michael Kremer, C.K., J.Z., and S.S.

2. If any claims remain following resolution of the pending summary judgment motion, the parties will submit a revised, stipulated scheduling order.

Dated: July 10, 2002

Susan Richard Nelson
United States Magistrate Judge