AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Plaintiff, his parent, on behalf of
J.M., a minor,

V.

Hopkins School District, City of Minnetonka Police Department, Linda Hibbard, individual, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2124 MJD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants Hopkins School District; Linda Hibbard; Sarah Shafer; S.S.; C.K.; and J.K.'s motion for summary judgment is granted.

Defendants City of Minnetonka Police Department and Ronald Armstrong's motion for summary judgment is granted.,

Plaintiff's amended complaint is dismissed with prejudice.

January 3, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M. Rustad, Deputy Clerk

62